# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Rebecca B. | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>05/13/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | General Douglas MacArthur Foundation, Norfolk, VA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/22/2019 - 3/24/2019 | New York, NY | Annual Dinner/Meeting | Transportation, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) (H) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-35) (H) | | | | | | | | | |
| 4. Schwab Govt. Money Fund | A | Int./Div. | K | T | | | | | |
| 5. IShares S & P 400 | A | Int./Div. | J | T | | | | | |
| 6. Wisdomtree Emrg Mkts | A | Int./Div. | K | T | | | | | |
| 7. IShares S & P 500 Value | B | Int./Div. | M | T | | | | | |
| 8. Vanguard FTSE ETF | B | Int./Div. | K | T | | | | | |
| 9. IShares EDG MSCI USA VAL | B | Int./Div. | | | Sold (part) | 01/14/19 | L | | |
| 10. | | | | | Sold | 04/08/19 | J | | |
| 11. IShares EDG MSCI USA QLTY | B | Int./Div. | L | T | Buy (add'l) | 01/10/19 | J | | |
| 12. Taxable Bonds: (H) | | | | | | | | | |
| 13. Amgen (11/15/21) | A | Int./Div. | J | T | | | | | |
| 14. UST Infl Idx (1/15/21) | | None | J | T | | | | | |
| 15. BP Capital Mkt P (10/1/20) | A | Int./Div. | J | T | | | | | |
| 16. US Treasury Note (2/15/22) | A | Int./Div. | J | T | | | | | |
| 17. John Deere Capital (9/11/20) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Procter & Gamble (8/15/23) | A | Int./Div. | K | T | | | | | |
| 19. Fairfax County VA (4/1/22) | | None | | | Redeemed | 04/01/19 | J | | |
| 20. Florida Hurricane (7/1/20) | A | Int./Div. | K | T | | | | | |
| 21. US Treasury NT (5/15/21) | A | Int./Div. | J | T | | | | | |
| 22. US Treasury NT (11/15/23) | A | Int./Div. | J | T | | | | | |
| 23. US Treasury NT (2/15/24) | A | Int./Div. | J | T | | | | | |
| 24. Oracle Corporation (7/8/19) | | None | | | Matured | 07/08/19 | J | | |
| 25. Microsoft Corp. (2/12/22) | A | Int./Div. | J | T | | | | | |
| 26. JP Morgan Chase (4/23/19) | | None | | | Redeemed | 04/23/19 | J | | |
| 27. US Treasury Infl IDX (7/15/23) | A | Int./Div. | K | T | | | | | |
| 28. Shell International (9/22/19) | | None | | | Matured | 09/22/19 | J | | |
| 29. O'Reilly Automotive (1/14/21) | A | Int./Div. | K | T | | | | | |
| 30. Dollar General C (4/15/23) | A | Int./Div. | K | T | | | | | |
| 31. Amazon (12/5/24) | A | Int./Div. | K | T | | | | | |
| 32. J.P. Morgan U.S. Value Factor | A | Int./Div. | L | T | Buy<br>(add'l) | 01/10/19 | K | | |
| 33. SPDR S & P 600 Small Cap | A | Int./Div. | L | T | | | | | |
| 34. Eat Co. | A | Int./Div. | K | T | Buy | 04/05/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Frisco TX | A | Int./Div. | K | T | Buy | 07/17/19 | K | | |
| 36. ▒▒▒▒▒▒▒▒ | | None | N | W | | | | | |
| 37. Investment Account #2 directing (line 38) (H) | | | | | | | | | |
| 38. Brokerage Account #2 holding (lines 39-99) (H) | | | | | | | | | |
| 39. Schwab Govt Money Fund | A | Int./Div. | K | T | Buy (add'l) | 12/24/19 | K | | |
| 40. Equities/Stocks: (H) | | | | | | | | | |
| 41. Chubb Ltd | A | Dividend | K | T | | | | | |
| 42. Auto Data Processing | A | Dividend | K | T | | | | | |
| 43. Cisco Systems Inc. | A | Dividend | K | T | | | | | |
| 44. Dollar Tree Inc. | | None | K | T | | | | | |
| 45. Dow Dupont Inc. | A | Dividend | J | T | | | | | |
| 46. Dupont DeNemours Inc. | A | Dividend | J | T | Spinoff (from line 45) | 06/03/19 | J | | |
| 47. Corteva Inc. | A | Dividend | J | T | Spinoff (from line 45) | 06/03/19 | J | | |
| 48. Duke Energy Corp. | A | Dividend | K | T | | | | | |
| 49. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 50. Honeywell International | B | Dividend | L | T | | | | | |
| 51. Johnson & Johnson | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  J.P. Morgan Chase & Co. | B | Dividend | L | T | | | | | |
| 53.  Mondelez | A | Dividend | K | T | | | | | |
| 54.  Microsoft Corp. | B | Dividend | L | T | Sold (part) | 02/12/19 | J | | |
| 55.  Pepsico Inc. | A | Dividend | K | T | | | | | |
| 56.  Verizon Communications | A | Dividend | K | T | | | | | |
| 57.  Canadian Natl Ry Co. | A | Dividend | K | T | | | | | |
| 58.  Home Depot | B | Dividend | L | T | Sold (part) | 02/12/19 | J | | |
| 59.  Proctor & Gamble | A | Dividend | K | T | | | | | |
| 60.  Travelers Companies | A | Dividend | K | T | | | | | |
| 61.  Vanguard Div Appreciation | A | Dividend | K | T | | | | | |
| 62.  Chevron Corporation | A | Dividend | K | T | | | | | |
| 63.  Wal-Mart Stores Inc. | A | Dividend | K | T | | | | | |
| 64.  Apple Inc. | B | Dividend | M | T | | | | | |
| 65.  Amgen Incorporated | A | Dividend | K | T | | | | | |
| 66.  McDonalds Corp | A | Dividend | K | T | | | | | |
| 67.  Kraft Heinz Co. | A | Dividend | | | Sold | 02/12/19 | J | | |
| 68.  Delta Airlines Inc. | A | Dividend | K | T | Sold (part) | 02/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Discover Financial SVCS | A | Dividend | J | T | | | | | |
| 70. Valero Energy Corp. | B | Dividend | K | T | | | | | |
| 71. Adobe Systems Inc. | | None | K | T | | | | | |
| 72. Alphabet Inc. | | None | K | T | | | | | |
| 73. Starbucks Corp | A | Dividend | | | Sold (part) | 03/18/19 | J | | |
| 74. | | | | | Sold | 06/04/19 | K | | |
| 75. Stryker Corp. | A | Dividend | K | T | | | | | |
| 76. Unitedhealth Grp Inc. | A | Dividend | K | T | | | | | |
| 77. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 78. Vanguard Ftse Developed | B | Dividend | K | T | | | | | |
| 79. Lockheed Martin Corp. | | None | | | Sold | 01/02/19 | K | | |
| 80. Comcast Corp. | A | Dividend | K | T | | | | | |
| 81. Cummins Inc. | B | Dividend | K | T | | | | | |
| 82. Emerson Electric | A | Dividend | K | T | Buy | 01/02/19 | J | | |
| 83. Bank of America | A | Dividend | K | T | Buy | 02/12/19 | K | | |
| 84. Cbre Group Inc. | | None | K | T | Buy | 06/04/19 | J | | |
| 85. F5 Networks Inc. | | None | J | T | Buy | 06/04/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Tax Exempt Bonds: (H) | | | | | | | | | |
| 87. Virginia St Res Aut (11/01/19) | | None | | | Redeemed | 11/01/19 | J | | |
| 88. Richmond Va Met (7/15/22) | A | Interest | K | T | | | | | |
| 89. Fairfax Co Wtr Au (4/1/21) | A | Interest | J | T | | | | | |
| 90. Charlottesville Va (7/15/27) | A | Interest | J | T | | | | | |
| 91. Fairfax Cnty Va Wtr (4/1/20) | A | Interest | K | T | | | | | |
| 92. Falls Church VA (7/15/23) | A | Interest | K | T | | | | | |
| 93. Poquoson VA (2/15/27) | A | Interest | K | T | | | | | |
| 94. Loudoun Cnty VA (12/01/27) | A | Interest | K | T | | | | | |
| 95. Appomattox Cnty VA (05/01/22) | B | Interest | K | T | | | | | |
| 96. Va. Commonwealth Trans. Brd. (03/15/26) | A | Interest | K | T | | | | | |
| 97. Fairfax Co., VA (10/01/23) | A | Interest | K | T | | | | | |
| 98. Virginia State Pub Sch Auth (8/1/24) | A | Interest | K | T | Buy | 02/26/19 | K | | |
| 99. Virginia State Res Auth (11/1/20) | B | Interest | K | T | Buy | 05/17/19 | K | | |
| 100. Wells Fargo | A | Interest | M | T | | | | | |
| 101. Rental Property #1, Norfolk, VA | D | Rent | N | W | | | | | |
| 102. C.A. Associates, 2%, Norfolk, VA | C | Dividend | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Friends of Cedar Point Country Club | | None | J | T | | | | | |
| 104. IRA-Brokerage Acct #3 directing and holding (lines 105-133) (H) | | | | | | | | | |
| 105. UBS Financial Services IRA Partial Dist. | D | Distribution | M | T | | | | | |
| 106. Washington Real Estate Investment Fund | A | Int./Div. | J | T | | | | | |
| 107. IShares Inter Credit Bond | A | Int./Div. | J | T | | | | | |
| 108. IShares Trust Russell Midcap Value Index | B | Int./Div. | J | T | | | | | |
| 109. IShares Trust Russell Midcap Growth Index | C | Int./Div. | J | T | | | | | |
| 110. IShares MSCI EAFE Index Fund | A | Int./Div. | J | T | | | | | |
| 111. IShares MSCI Emerging Markets Index | A | Int./Div. | J | T | | | | | |
| 112. Vanguard Index Funds Vanguard Value ETF | C | Int./Div. | J | T | | | | | |
| 113. Vanguard Index Funds Vanguard Small Cap | C | Int./Div. | J | T | | | | | |
| 114. Vanguard Index Funds Vanguard Growth | D | Int./Div. | J | T | | | | | |
| 115. Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 116. IShares IBoxx $ Invt Gra De Corp Fund | A | Int./Div. | J | T | | | | | |
| 117. Fed. Govt Income Fund Class A | | None | J | T | | | | | |
| 118. Lord Abbett Intermediate Tax Fund | A | Int./Div. | J | T | Sold (part) | 12/24/19 | J | | |
| 119. Wells Fargo Advantage Intermediate | A | Int./Div. | | | Sold | 03/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  IShares 7-10 Year Treas Bond ETF | A | Int./Div. | J | T | | | | | |
| 121.  Blackrock high Yield | | None | J | T | | | | | |
| 122.  Goldman Sachs Strategic Income | | None | | | Sold | 10/08/19 | J | A | |
| 123.  Nuveen Symphony Floating | | None | J | T | | | | | |
| 124.  PGIM Short Term | | None | J | T | | | | | |
| 125.  Virtus Multi-Sector Short Term Bond | | None | J | T | | | | | |
| 126.  AQR Managed Futures Strategy | A | Int./Div. | J | T | | | | | |
| 127.  IShares 20+ Year Treas Bond | | None | J | T | Buy | 10/15/19 | J | | |
| 128.  SPDR Ser Tr SPDR Bloomberg Barclays | B | Int./Div. | J | T | Buy | 06/25/19 | J | | |
| 129.  SPDR Gold shares ETF | A | Int./Div. | J | T | Buy | 08/12/19 | J | | |
| 130.  Tax Exempt Bonds: (H) | | | | | | | | | |
| 131.  Virginia Small Business Fing Auth<br>(11/01/21) | A | Interest | K | T | | | | | |
| 132.  Arlingtin Cnty Va IDA (07/01/31) | A | Interest | K | T | | | | | |
| 133.  Roanoke VA EDA Hosp (07/01/20) | B | Interest | L | T | | | | | |
| 134.  Brokerage Account #4 directing and holding<br>(lines 135-155) (H) | | | | | | | | | |
| 135.  UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 136.  Equities/Stocks: (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. IShares Trust Russell 1000 Growth Index Fund | B | Dividend | J | T | | | | | |
| 138. IShares Trust Russell Midcap Index Fund | C | Dividend | J | T | | | | | |
| 139. IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 140. Vanguard Index Funds Vanguard Value | C | Dividend | J | T | | | | | |
| 141. Vanguard Index Funds Vanguard Growth | D | Dividend | J | T | | | | | |
| 142. IShares IBoxx $ Invt Gra De Corporate | A | Dividend | J | T | | | | | |
| 143. IShares Inter CR BD FD | A | Dividend | J | T | | | | | |
| 144. AQR Managed Futures Strategy Fund | B | Dividend | J | T | | | | | |
| 145. IShares MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 146. Vanguard Index Funds Vanguard Small Cap | D | Dividend | J | T | | | | | |
| 147. IShares Natl Amt-Free Muni Bond | A | Dividend | J | T | | | | | |
| 148. Vaneck Vectors Municipal | A | Distribution | J | T | | | | | |
| 149. Vaneck Vectors Short Municipal | | None | J | T | | | | | |
| 150. Vaneck Vectors High Yield | | None | J | T | | | | | |
| 151. Invesco | | None | | | Sold | 06/25/19 | J | A | |
| 152. Metropolitan West Total | C | Distribution | K | T | | | | | |
| 153. IShares US PFD Stock EFT Index | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  SPDR Euro Stoxx 50 ETF | B | Dividend | J | T | | | | | |
| 155.  Pimco Total Return Active ETF | A | Int./Div. | J | T | | | | | |
| 156.  529 Education Account #1 holding (lines 157-158) (H) | | | | | | | | | |
| 157.  American Funds Growth Portfolio-529F1 | A | Int./Div. | K | T | Buy | 04/02/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544